# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

R.J. Wilson,                                              Case No.: 3:15-cv-00961-BJD-PDB
        Plaintiff,

v.

                                        District Judge: Brian J. Davis

Stellar Recovery, Inc.,

        Defendant.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Now come the parties, through counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby dismiss the present action with prejudice, each party to bear its own costs.

RESPECTFULLY SUBMITTED,

| Hyslip & Taylor, LLC, LPA | Assurance Law Group, PA |
|---|---|
| By: /s/ Sharina T. Romano | By: /s/ Alison N. Emery |
| Sharina T. Romano | Alison N. Emery |
| Florida Bar No. 65501 | Florida Bar No. 0621641 |
| 1100 W. Cermak Rd., Suite B410 | 3731 Hendricks Avenue |
| Chicago, IL  60608 | Jacksonville, FL  32207 |
| Telephone:  312-380-6110 | Telephone: 904-497-4904 |
| Fax:  312-361-3509 | Fax: 904-458-8979 |
| Email: sharina@fairdebt411.com | Email: Alison@assurancelawgroup.com |
| *Attorney for Plaintiff* | *Attorney for Defendant* |
| Date: February 18, 2016 | Date: February 18, 2016 |

## CERTIFICATE OF SERVICE

I hereby certify that on February 18, 2016, I electronically filed the foregoing Stipulation through the court's CM/ECF system, which will perfect service upon the following:

Alison N. Emery
Assurance Law Group, PA
3731 Hendricks Avenue
Jacksonville, FL 32207

*Counsel for Defendant*

                                                 /s/ Sharina T. Romano