UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

R.J. WILSON,

    Plaintiff,

v.                                 Case No. 3:15-cv-961-J-39PDB

STELLAR RECOVERY, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Stipulation of Dismissal with Prejudice (Doc. No.9; Stipulation) filed on February 18, 2016. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**
2. Each party shall bear its own costs and fees.
3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 19th day of February, 2016.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

ap